**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON RETAIL PRODUCTS, INC.   )<br>                                                           )<br>               Plaintiff                        )<br>                                                           )<br>vs.                                                      )<br>                                                           )   Civil Action No. 13-cv-10624-FDS<br>THE BARBOUR CORPORATION and  )<br>BARBOUR PLASTICS, INC.              )<br>                                                           )<br>               Defendants                   ) | |

## JOINT MOTION

The parties jointly move through counsel that the Court enter a CONSENT JUDGMENT in the form attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ M Lawrence Oliverio | /s/ Denise C. Lane |
| M. Lawrence Oliverio | Denise C. Lane |
| Massachusetts Bar No. 378755 | Massachusetts Bar No. 637936 |
| NOVAK DRUCE CONNOLLY | PRETI FLAHERTY BELIVEAU & |
| BOVE & QUIGG LLP | PACHIOS LLP |
| 100 Cambridge Street | Ten Post Office Square |
| Boston, MA  02114 | Boston, MA 02109 |
| Counsel for Plaintiff | Counsel for Defendants |
| Telephone:    617.933.4430 | Telephone:    617.226.3800 |
| Facsimile:    617.367.4656 | Facsimile     617.226.3801 |
| lawrence.oliverio@novakdruce.com | dlane@preti.com |

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was served on counsel for all parties on even date herewith.

Dated:  June 11, 2014          <u>/s/ M. Lawrence Oliverio</u>
                 M. Lawrence Oliverio

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON RETAIL PRODUCTS, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 13-cv-10624-FDS |
| THE BARBOUR CORPORATION and ) | |
| BARBOUR PLASTICS, INC. ) | |
| ) | |
| Defendants ) | |

## CONSENT JUDGMENT

In accordance with the request of the parties, the Court hereby enters the following judgment. The '242 patent is valid and all claims and counterclaims are hereby dismissed with prejudice, each party to bear its own costs.

/s/ M. Lawrence Oliverio
M. Lawrence Oliverio
Massachusetts Bar No. 378755
NOVAK DRUCE CONNOLLY
BOVE & QUIGG LLP
100 Cambridge Street
Boston, MA  02114
Attorney for Plaintiff
Telephone:    617.933.4430
Facsimile:    617.367.4656

/s/ Denise C. Lane
Denise C. Lane
Massachusetts Bar No. 637936
PRETI FLAHERTY BELIVEAU &
PACHIOS LLP
Ten Post Office Square
Boston, MA 02109
Attorney for Defendants
Telephone:    617.226.3800
Facsimile     617.226.3801

IT IS SO ORDERED.

Dated:  June ____, 2014              _____
                                     F. Dennis Saylor IV
                                     U.S. District Judge